UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **JILL CARUSO**, | ) |
| Plaintiff, | ) Case No. 3:23-cv-00093 |
| v. | ) |
| | ) Judge Jeffrey J. Helmick |
| **SAXON SQUARE INVESTORS, LTD**, | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Pursuant to a confidential Release and Settlement Agreement entered into between the parties, the parties stipulate that this case may be dismissed with prejudice and with each party to bear its own costs. The parties further stipulate that the Court may retain jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.

Date: April 25, 2023

Respectfully Submitted,

/s/ Owen B, Dunn, Jr.
Owen B. Dunn Jr. (0074743)
Law Offices of Owen Dunn, Jr.
The Ottawa Hills Shopping Center
4334 W. Central Avenue, Suite 222
Toledo, OH  43615
Phone:  (419) 241-9661
Fax:     (419) 241-9737
Email:  dunnlawoffice@sbcglobal.net
*Attorney for Plaintiff, Jill Caruso*

/s/ Jerome R. Parker
Jerome R. Parker (0008884)
Gressley, Kaplin & Parker, LLP
One SeaGate, Suite 1645
Toledo, Ohio  43604
Phone: (419) 244-8336
Fax: (419) 720-8490
jparker@gkplaw.net
*Counsel for Defendant*

## ORDER

Pursuant to the above Stipulation,

    IT IS ORDERED that this matter is dismissed with prejudice, with each party to bear its own attorneys' fees, costs, and expenses.

    IT IS FURTHER ORDERED that the Court retains jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.

Dated: __April 25_____, 2023

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge